## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| LINDA KAY SMITH, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:20-cv-226 (WLS) |
| BELK, INC., | : |
| Defendant. | : |

## **ORDER**

The Parties have filed a Notice of Settlement stating that they have reached a settlement of all claims and will file dismissal documents. (Doc. 24.)

To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing **no later than twenty-one (21) days after entry of this Order, that being Wednesday, October 27, 2021** or, by the same deadline, file with the Court a motion for additional time explaining why additional time is needed.

The October 12, 2021 pretrial conference is **CANCELLED**. Any pending motions are **DENIED AS MOOT**.

**SO ORDERED**, this 5th day of October 2021.

*/s/ W. Louis Sands*
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
