# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

LINDA KAY SMITH,

               Plaintiff,

v.

BELK, INC., D/B/A/ BELK,

               Defendant.

Civil Action File No.:
7:20-cv-00226-WLS

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Linda Kay Smith, and Defendant, Belk, Inc., by and through their respective counsel of record, and jointly submit this Stipulation of Dismissal pursuant to F.R.C.P. 41 (a)(1)(A)(ii). The parties stipulate that all claims are due to be dismissed with prejudice. In connection therewith, each party shall bear its own respective costs, attorney's fees, and expenses.

This 20th day of October, 2021.

Respectfully submitted,

JODY D. PETERMAN, LLC

*/s/ Jody D. Peterman*

Jody D. Peterman, Esq.
Georgia Bar No.: 573552
*Attorney for Plaintiff*

JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603-6010
Phone: (229) 247-0386
Email: petermanlawoffice@yahoo.com

                                        SWIFT, CURRIE, MCGHEE
                                            & HIERS, LLP

                                        */s/ Erica L. Morton*

                                        Erica L. Morton, Esq.
                                        Georgia Bar No.: 140869
                                        *Attorneys for Defendant*

1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
Email: erica.morton@swiftcurrie.com

                                        SO ORDERED this 21st day
                                        of October 2021,

                                        W. Louis Sands
                                        W. Louis Sands, Sr. Judge
                                        United States District Court

- 2 -