IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LINDA KAY SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-226(WLS) |
| | * |
| BELK, INC. d/b/a BELK, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 21, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of October, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk